**DISMISS and Opinion Filed August 23, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00153-CV**

**IN THE INTEREST OF A.K.M., A CHILD**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-15496**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Smith

Appellant's brief in this case is overdue. By order dated June 17, 2024, we granted appellant's request for an extension of time to file his brief and ordered appellant's brief to be filed by July 13, 2024. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b),

(c).


          /Craig Smith/
          CRAIG SMITH

240153F.P05          JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF A.K.M., A CHILD

No. 05-24-00153-CV

On Appeal from the 303rd Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-16-15496. Opinion delivered by Justice Smith. Justices Miskel and Breedlove participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered August 23, 2024